UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORGE PERAZA,

    Defendant.

Case No. 3:24-cr-45-4

District Judge Michael J. Newman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 198); (2) GRANTING THE PARTIES' JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 170); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNTS 1 AND 2 OF THE SUPERSEDING INFORMATION; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 198), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 170) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Counts 1 and 2 of the Superseding Information, which charges him with knowingly and intentionally possessing with intent to distribute a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of 21 U.S.C §§ 841(a)(l) and (b)(l)(C), and with illegal reentry by a previously removed alien, in violation of 8 U.S.C. § 1326(a). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

<u>August 19, 2025</u>                          s/*Michael J. Newman*
                                                                           Hon. Michael J. Newman
                                                                           United States District Judge